FILED

12/10/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0199

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0199

IN THE MATTER OF:

S.G.-H.M., JR.,

A Former Youth under the Age of 18.

## ORDER

Upon consideration of Appellee's motion for a 60-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including February 16, 2021, within which to prepare, serve, and file its response brief.

BE

Electronically signed by:
James Jeremiah Shea
Justice, Montana Supreme Court
December 10 2020